# FINANCIAL DISCLOSURE REPORT

Page 44 of 86

**Name of Person Reporting**

Standish, William L.

**Date of Report**

1/16/2013

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. -Hess Corp | | | | | Sold | 01/31/12 | | | |
| 682. -Honeywell Intl Inc | | | | | Sold | 03/16/12 | | | |
| 683. -IBM Corp | | | | | | | | | |
| 684. -Informatica Corp | | | | | | | | | |
| 685. -Intercontinentalexchange Inc | | | | | | | | | |
| 686. -Intuit | | | | | | | | | |
| 687. -JP Morgan Chase & Co | | | | | | | | | |
| 688. -Johnson & Johnson | | | | | Buy | 06/19/12 | | | |
| 689. -Limited Brands | | | | | | | | | |
| 690. -Lincoln Natl Corp Ind | | | | | Sold | 01/31/12 | | | |
| 691. -Lyondellbasell Industries NV | | | | | Buy | 04/03/12 | | | |
| 692. -Lyondellbasell Industries NV | | | | | Buy (add'l) | 05/02/12 | | | |
| 693. -McKesson Corp | | | | | Sold (part) | 05/02/12 | | | |
| 694. -Merck & Co | | | | | Buy (add'l) | 05/17/12 | | | |
| 695. -Moodys Corp | | | | | Buy | 04/04/12 | | | |
| 696. -Moodys Corp | | | | | Buy (add'l) | 05/02/12 | | | |
| 697. -National Oilwell Varco Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. -Netapp Inc | | | | | Sold | 06/25/12 | | | |
| 699. -News Corp Inc | | | | | | | | | |
| 700. -Nextera Energy Inc | | | | | | | | | |
| 701. -Norfolk Southern Corp | | | | | | | | | |
| 702. -Occidential Petro Corp | | | | | | | | | |
| 703. -Omnicom Group Inc | | | | | Sold | 01/25/12 | | | |
| 704. -Oracle Corp | | | | | Sold (part) | 04/04/12 | | | |
| 705. -Pepsico Inc | | | | | | | | | |
| 706. -Pfizer Inc | | | | | | | | | |
| 707. -Phillips 66 (Spinoff From Conocophillips) | | | | | Spinoff (from line 659) | 05/01/12 | | | |
| 708. -Phillips 66 | | | | | Sold | 05/08/12 | | | |
| 709. -Ppl Corp | | | | | Sold | 01/25/12 | | | |
| 710. -Praxair Inc | | | | | | | | | |
| 711. -Procter & Gamble Co | | | | | Sold | 03/30/12 | | | |
| 712. -PVH Corp | | | | | | | | | |
| 713. -Qualcomm Inc | | | | | | | | | |
| 714. -Ralcorp Holdings Inc New | | | | | Buy | 03/30/12 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. -Robert Half Intl Inc | | | | | | | | | |
| 716. -St. Jude Medical Inc | | | | | | | | | |
| 717. -T Rowe Price Group Inc | | | | | Buy | 01/25/12 | | | |
| 718. -Target Corp | | | | | | | | | |
| 719. -Teradata Corporation | | | | | Sold (part) | 07/12/12 | | | |
| 720. -Transcanada Corp | | | | | | | | | |
| 721. -Tyco Intl Ltd | | | | | Sold (part) | 04/03/12 | | | |
| 722. -Unilever PLC ADR | | | | | | | | | |
| 723. -Vale SA-Sp ADR | | | | | | | | | |
| 724. -Vmware Inc | | | | | | | | | |
| 725. -Wells Fargo & Co New | | | | | | | | | |
| 726. -Zimmer Holdings Inc | | | | | | | | | |
| 727. -Lycoming Cnty PA 3.875 - 2018 | | | | | | | | | |
| 728. -Milford Twp PA 3.4 - 2016 | | | | | | | | | |
| 729. -Shaler PA Area Sch Dist 3.3 - 2016 | | | | | | | | | |
| 730. -Ishares MSCI Emerging Mkts Index Fd | | | | | | | | | |
| 731. -Ishares MSCI EAFE Index Fd | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. -Ishares S&P Midcap 400 | | | | | | | | | |
| 733. -Ishares Tr S&P Small Cap 600 | | | | | | | | | |
| 734. Trust #8-B ▒▒ Non-Exempt) | F | Div & Int | P1 | T | | | P1 | D | See Section VIII #1 |
| 735. -BNY Mellon Nat'l Muni MM Fund M | | | | | Mon Mkt Inv | | | | |
| 736. -Allegheny Cnty PA Hosp Dev Alleg Gen Hosp 7.375-2012 | | | | | Matured | 07/02/12 | | | |
| 737. -Athens PA Area Sch Dist 4.5-2014 | | | | | Sold | 01/04/12 | | | |
| 738. -Bensalem Twp PA 3.5-2012 | | | | | | | | | |
| 739. -Chester Cnty PA Health & Ed 4.0-2020 | | | | | | | | | |
| 740. -Columbia Boro PA Sch 4.0-2027 | | | | | | | | | |
| 741. -Council Rock PA Sch Dist 4.0-2017 | | | | | | | | | |
| 742. -East Stroudsburg PA AR 4.0-2022 | | | | | | | | | |
| 743. -Gtr Hazelton PA JT Swr Auth 3.25-2026 | | | | | Buy | 04/19/12 | | | |
| 744. -Jersey Shore PA Area Sch Dist 2.5-2026 | | | | | Buy | 04/17/12 | | | |
| 745. -Lancaster PA Area Swr 3.4-2012 | | | | | Matured | 04/02/12 | | | |
| 746. -Manchester Twp PA 3.125-2019 | | | | | | | | | |
| 747. -Nthrn Lebanon PA Sch Dist 3.5-2029 | | | | | Buy | 05/15/12 | | | |
| 748. -Ontelauee Twp PA Muni 4.1-2023 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749.  -PA St Higher Edl Facs Auth 4.125-2028 | | | | | | | | | |
| 750.  -Pennsylvania St Fin Auth 3.75-2027 | | | | | Buy | 05/01/12 | | | |
| 751.  -Philadelphia PA 5.25%-2027 | | | | | | | | | |
| 752.  -Shenandoah Valley Sch Dist PA 4.0-2021 | | | | | | | | | |
| 753.  -Snyder Cnty PA Higher 3.85-2016 | | | | | | | | | |
| 754.  -Southeast Delco SD PA 4.35-2029 | | | | | Sold | 01/18/12 | | | |
| 755.  -Springettsbury Twp PA 4.0-2024 | | | | | | | | | |
| 756.  -State College PA Area SD 4.0-2028 | | | | | | | | | |
| 757.  -State College PA Area SD 3.5-2029 | | | | | Buy | 05/15/12 | | | |
| 758.  -State Pub Sch Bldg Auth PA College 4.125-2025 | | | | | | | | | |
| 759.  -AT & T | | | | | | | | | |
| 760.  -Alliance Data Sys Corp | | | | | | | | | |
| 761.  -Allscripts-Misys Healthcare Solution | | | | | | | | | |
| 762.  -Amazon.Com Inc | | | | | | | | | |
| 763.  -American Express Co | | | | | | | | | |
| 764.  -American Tower Corp | | | | | Buy | 07/12/12 | | | |
| 765.  -Amerprise Finl Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. -Anadarko Petroleum Corp | | | | | Buy (add'l) | 01/31/12 | | | |
| 767. -Apache Corp | | | | | | | | | |
| 768. -Apple Inc | | | | | | | | | |
| 769. -AutoLiv Inc | | | | | Buy (add'l) | 01/25/12 | | | |
| 770. -Bank of America Corp | | | | | | | | | |
| 771. -Baxter | | | | | Sold | 06/19/12 | | | |
| 772. -Capital One Financial Corp | | | | | Buy (add'l) | 05/08/12 | | | |
| 773. -Carnival Corp | | | | | | | | | |
| 774. -Caterpillar Inc | | | | | | | | | |
| 775. -Cbre Group Inc | | | | | Buy | 01/25/12 | | | |
| 776. -Cbs Corp Class B | | | | | Buy (add'l) | 01/31/12 | | | |
| 777. -Chubb Corp | | | | | Sold (part) | 01/25/12 | | | |
| 778. -Cigna Corp | | | | | | | | | |
| 779. -Citigroup Inc | | | | | Buy (add'l) | 03/27/12 | | | |
| 780. -Citigroup Inc | | | | | Sold | 05/17/12 | | | |
| 781. -Cognizant Technology Solutions Corp | | | | | Buy (add'l) | 04/04/12 | | | |
| 782. -Conocophillips (Spinoff of Phillips 66) | | | | | | 05/01/12 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783.  -Cooper Industries PLC | | | | | Buy | 03/16/12 | | | |
| 784.  -Covidien PLC | | | | | | | | | |
| 785.  -Cummins Inc | | | | | Sold | 06/13/12 | | | |
| 786.  -Danaher Corp | | | | | | | | | |
| 787.  -Directv | | | | | Buy | 01/25/12 | | | |
| 788.  -Disney Walt Co | | | | | Buy | 06/13/12 | | | |
| 789.  -Dr Pepper Snapple Group Inc | | | | | Buy | 06/19/12 | | | |
| 790.  -DuPont El DeNemours | | | | | Sold | 04/03/12 | | | |
| 791.  -Eaton Corp | | | | | Buy | 04/03/12 | | | |
| 792.  -Electronic Arts Inc | | | | | Sold | 06/19/12 | | | |
| 793.  -EMC Corp | | | | | | | | | |
| 794.  -Energizer Holdings Inc | | | | | Sold | 06/13/12 | | | |
| 795.  -Ensco International PLC (Merged With Ensco PLC) | | | | | Merged (with line 796) | 05/22/12 | | | |
| 796.  -Ensco PLC (Merged With Ensco International PLC) | | | | | | 05/22/12 | | | |
| 797.  -Eog Res Inc | | | | | | | | | |
| 798.  -Exxon Mobil Corp | | | | | | | | | |
| 799.  -Fedex Corp | | | | | Buy | 01/31/12 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. -Fedex Corp | | | | | Buy (add'l) | 06/25/12 | | | |
| 801. -Ford Motor Co | | | | | | | | | |
| 802. -General Electric | | | | | | | | | |
| 803. -Google Inc | | | | | Sold | 03/27/12 | | | |
| 804. -Hess Corp | | | | | Sold | 01/31/12 | | | |
| 805. -Honeywell Int'l Inc | | | | | Sold | 03/16/12 | | | |
| 806. -IBM Corp | | | | | | | | | |
| 807. -Informatica Corp | | | | | | | | | |
| 808. -Intercontinentalexchange Inc | | | | | | | | | |
| 809. -Intuit | | | | | | | | | |
| 810. -Johnson & Johnson | | | | | Buy | 06/19/12 | | | |
| 811. -JP Morgan Chase & Co | | | | | | | | | |
| 812. -Limited Brands Inc | | | | | | | | | |
| 813. -Lincoln National Corp Ind | | | | | Sold | 01/31/12 | | | |
| 814. -Lyondellbasell Industries NV | | | | | Buy | 04/03/12 | | | |
| 815. -Lyondellbasell Industries NV | | | | | Buy (add'l) | 05/02/12 | | | |
| 816. -McKesson Corp | | | | | Sold (part) | 05/02/12 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. -Merck & Co | | | | | Buy (add'l) | 05/17/12 | | | |
| 818. -Moodys Corp | | | | | Buy | 04/04/12 | | | |
| 819. -Moodys Corp | | | | | Buy (add'l) | 05/02/12 | | | |
| 820. -National Oilwell Varco Inc | | | | | | | | | |
| 821. -Netapp Inc | | | | | Sold | 06/25/12 | | | |
| 822. -New York Fire-Shield Inc | | | | | | | | | |
| 823. -News Corp Inc | | | | | | | | | |
| 824. -Nextera Energy Inc | | | | | | | | | |
| 825. -Norfolk Southern Corp | | | | | | | | | |
| 826. -Occidential Petro Corp | | | | | | | | | |
| 827. -Omnicom Group Inc | | | | | Sold | 01/25/12 | | | |
| 828. -Oracle Corp | | | | | Sold (part) | 04/04/12 | | | |
| 829. -Pepsico Inc | | | | | | | | | |
| 830. -Pfizer Inc | | | | | | | | | |
| 831. -Phillips 66 (Spinoff From Conocophillips) | | | | | Spinoff (from line 782) | 05/01/12 | | | |
| 832. -Phillips 66 | | | | | Sold | 05/08/12 | | | |
| 833. -Ppl Corp | | | | | Sold | 01/25/12 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. -Praxair Inc | | | | | | | | | |
| 835. -Procter & Gamble Co | | | | | Sold | 03/27/12 | | | |
| 836. -PVH Corp | | | | | | | | | |
| 837. -Qualcomm Inc | | | | | | | | | |
| 838. -Ralcorp Hldgs Inc New | | | | | Buy | 03/30/12 | | | |
| 839. -Robert Half Intl Inc | | | | | | | | | |
| 840. -St. Jude Medical Inc | | | | | | | | | |
| 841. -T Rowe Price Group Inc | | | | | Buy | 01/25/12 | | | |
| 842. -Target Corp | | | | | | | | | |
| 843. -Teradata Corporation | | | | | Sold (part) | 07/12/12 | | | |
| 844. -Transcanada Corp | | | | | | | | | |
| 845. -Tyco Int'l Ltd | | | | | Sold (part) | 04/03/12 | | | |
| 846. -Unilever PLC ADR | | | | | | | | | |
| 847. -Vale SA-Sp | | | | | | | | | |
| 848. -Vmware Inc | | | | | | | | | |
| 849. -Wells Fargo & Co | | | | | | | | | |
| 850. -Zimmer Holdings Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. -Ishares MSCI Emerg Mkts Index Fd | | | | | | | | | |
| 852. -Ishares MSCI EAFE Index FD | | | | | | | | | |
| 853. -Ishares S&P Midcap 400 | | | | | | | | | |
| 854. -Ishares Tr S&P Small Cap 600 | | | | | | | | | |
| 855. -Royalty Int Goose Creek Dist, Harris Co TX | | | | | | | | | |
| 856. Trust #9 ( Exempt) | G | Int./Div. | P1 | T | | | J | D | See Section VIII #1 |
| 857. -BNY Mellon Natl Muni MM Funds M | | | | | Mon Mkt Inv | | | | |
| 858. -Riverfront Cap Fund LP | | | | | | | | | |
| 859. -Ishares MSCI EAFE Index Fd | | | | | | | | | |
| 860. -Ishares MSCI Emerging Markets Index Fund | | | | | | | | | |
| 861. -Ishares Tr S&P Small Cap 600 | | | | | Sold (part) | 07/10/12 | | | |
| 862. -Ishares Tr S&P Small Cap 600 | | | | | Sold | 09/25/12 | | | |
| 863. -Spdr Trust Series I | | | | | | | | | |
| 864. -Midcap Spdr Tr Unit Ser 1 | | | | | | | | | |
| 865. Trust #10 ( Non-Exempt) | E | Int./Div. | P1 | T | | | N | D | See Section VIII #1 |
| 866. -BNY Mellon Natl Muni MM Funds M | | | | | Mon Mkt Inv | | | | |
| 867. -Allegheny Cnty PA Hosp Dev Auth 4.25-2023 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. -Commonwealth Fing Auth PA 3.375-2025 | | | | | | | | | |
| 869. -Gtr Hazleton PA JT Swr Auth 3.25-2026 | | | | | Buy | 04/19/12 | | | |
| 870. -Jersey Shore PA Area Sch Dist 2.5-2026 | | | | | Buy | 04/17/12 | | | |
| 871. -Nthrn Lebanon PA Sch Dist 3.5-2029 | | | | | Buy | 05/15/12 | | | |
| 872. -PA St 4.25-2025 | | | | | | | | | |
| 873. -PA St Fin Auth 3.75-2027 | | | | | Buy | 05/01/12 | | | |
| 874. -Philadelphia PA Auth 4.6 - 2012 | | | | | Matured | 05/01/12 | | | |
| 875. -Portage PA Sch Dist 3.75-2023 | | | | | | | | | |
| 876. -South Side PA Sch Dist 3.45-2019 | | | | | | | | | |
| 877. -State College PA Area SD 4.0-2028 | | | | | | | | | |
| 878. -State College PA Area SD 3.5-2029 | | | | | Buy | 05/15/12 | | | |
| 879. -Alliance Data Sys Corp | | | | | | | | | |
| 880. -Allscripts-Misys Healthcare Solution | | | | | | | | | |
| 881. -Amazon.Com Inc | | | | | | | | | |
| 882. -American Express Co | | | | | | | | | |
| 883. -American Tower Corporation | | | | | Buy | 07/12/12 | | | |
| 884. -Amerprise Finl Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. -Anadarko Petroleum Corp | | | | | Buy (add'l) | 01/31/12 | | | |
| 886. -Apache Corp | | | | | | | | | |
| 887. -Apple Inc | | | | | | | | | |
| 888. -AT&T | | | | | | | | | |
| 889. -Autoliv Inc | | | | | Buy (add'l) | 01/25/12 | | | |
| 890. -Bank of America Corp | | | | | | | | | |
| 891. -Baxter | | | | | Sold | 06/19/12 | | | |
| 892. -Capital One Financial Corp | | | | | Buy (add'l) | 05/08/12 | | | |
| 893. -Carnival Corp | | | | | | | | | |
| 894. -Caterpillar Inc | | | | | | | | | |
| 895. -Cbre Group Inc | | | | | Buy | 01/25/12 | | | |
| 896. -Cbs Corp Class B | | | | | Buy (add'l) | 01/31/12 | | | |
| 897. -Chubb Corp | | | | | Sold (part) | 01/25/12 | | | |
| 898. -Cigna Corp | | | | | | | | | |
| 899. -Citigroup Inc | | | | | Buy (add'l) | 03/27/12 | | | |
| 900. -Citigroup Inc | | | | | Sold | 05/17/12 | | | |
| 901. -Cognizant Technology Solutions Corp | | | | | Buy (add'l) | 04/04/12 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. -Conocophillips (Spinoff of Phillips 66) | | | | | | 05/01/12 | | | |
| 903. -Cooper Industries PLC | | | | | Buy | 03/16/12 | | | |
| 904. -Covidien PLC | | | | | | | | | |
| 905. -Cummins Inc | | | | | Sold | 06/13/12 | | | |
| 906. -Danaher Corp | | | | | | | | | |
| 907. -Directv | | | | | Buy | 01/25/12 | | | |
| 908. -Disney Walt Co | | | | | Buy | 06/13/12 | | | |
| 909. -Dr Pepper Snapple Group Inc | | | | | Buy | 06/19/12 | | | |
| 910. -DuPont E I DeNemours & Co | | | | | Sold | 04/03/12 | | | |
| 911. -Eaton Corp | | | | | Buy | 04/03/12 | | | |
| 912. -Electronic Arts Inc | | | | | Sold | 06/19/12 | | | |
| 913. -Ensco International PLC (Merged With Encsco PLC) | | | | | Merged (with line 914) | 05/22/12 | | | |
| 914. -Ensco PLC (Merged With Ensco International PLC) | | | | | | 05/22/12 | | | |
| 915. -EMC Corp Mass | | | | | | | | | |
| 916. -Energizer Holdings | | | | | Sold | 06/13/12 | | | |
| 917. -Eog Res Inc | | | | | | | | | |
| 918. -Exxon Mobil Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. -Fedex Corp | | | | | Buy | 01/31/12 | | | |
| 920. -Fedex Corp | | | | | Buy (add'l) | 06/25/12 | | | |
| 921. -Ford Motor Co | | | | | | | | | |
| 922. -General Electric | | | | | | | | | |
| 923. -Google Inc | | | | | Sold | 03/27/12 | | | |
| 924. -Hess Corp | | | | | Sold | 01/31/12 | | | |
| 925. -Honeywell Int'l Inc | | | | | Sold | 03/16/12 | | | |
| 926. -IBM Corp | | | | | | | | | |
| 927. -Informatica Corp | | | | | | | | | |
| 928. -Intercontinentalexchange Inc | | | | | | | | | |
| 929. -Intuit | | | | | | | | | |
| 930. -J P Morgan Chase & Co | | | | | | | | | |
| 931. -Johnson & Johnson | | | | | Buy | 06/19/12 | | | |
| 932. -Limited Brands Inc | | | | | | | | | |
| 933. -Lincoln National Corp Ind | | | | | Sold | 01/31/12 | | | |
| 934. -Lyondellbasell Industries NV | | | | | Buy | 04/03/12 | | | |
| 935. -Lyondellbasell Industries NV | | | | | Buy (add'l) | 05/02/12 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. -McKesson Corp | | | | | Sold (part) | 05/02/12 | | | |
| 937. -Merck & Co | | | | | Buy (add'l) | 05/17/12 | | | |
| 938. -Moodys Corp | | | | | Buy | 04/04/12 | | | |
| 939. -Moodys Corp | | | | | Buy (add'l) | 05/02/12 | | | |
| 940. -National Oilwell Varco Inc | | | | | | | | | |
| 941. -Netapp Inc | | | | | Sold | 06/25/12 | | | |
| 942. -News Corp Inc Cls B | | | | | | | | | |
| 943. -Nextera Energy Inc | | | | | | | | | |
| 944. -Norfolk Southern Corp | | | | | | | | | |
| 945. -Occidental Petro Co | | | | | | | | | |
| 946. -Omnicom Gr Inc | | | | | Sold | 01/25/12 | | | |
| 947. -Oracle Corp | | | | | Sold (part) | 04/04/12 | | | |
| 948. -Pepsico Inc | | | | | | | | | |
| 949. -Pfizer Inc | | | | | | | | | |
| 950. -Phillips 66 (Spinoff From Conocophillips) | | | | | Spinoff (from line 902) | 05/01/12 | | | |
| 951. -Phillips 66 | | | | | Sold | 05/08/12 | | | |
| 952. -Ppl Corp | | | | | Sold | 01/25/12 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. -Praxair Inc | | | | | | | | | |
| 954. -Procter & Gamble Co | | | | | Sold | 03/30/12 | | | |
| 955. -PVH Corp | | | | | | | | | |
| 956. -Qualcomm Inc | | | | | | | | | |
| 957. -Ralcorp Hldgs Inc New | | | | | Buy | 03/30/12 | | | |
| 958. -Robert Half Intl Inc | | | | | | | | | |
| 959. -Schlumberger Ltd | | | | | | | | | |
| 960. -St. Jude Medical Inc | | | | | | | | | |
| 961. -T Rowe Price Group Inc | | | | | Buy | 01/25/12 | | | |
| 962. -Target Corp | | | | | | | | | |
| 963. -Teradata Corp | | | | | Sold (part) | 07/12/12 | | | |
| 964. -Transcanada Corp | | | | | | | | | |
| 965. -Tyco Intl Ltd | | | | | Sold (part) | 04/03/12 | | | |
| 966. -Unilever PLC | | | | | | | | | |
| 967. -Vale SP-Sa | | | | | | | | | |
| 968. -Vmware Inc | | | | | | | | | |
| 969. -Wells Fargo & Co New | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. -Zimmer Holdings Inc | | | | | | | | | |
| 971. -Ishares MSCI Emerging Mkts Index Fd | | | | | | | | | |
| 972. -Ishares MSCI EAFE Index Fd | | | | | | | | | |
| 973. -Ishares S&P Midcap 400 | | | | | | | | | |
| 974. -Ishares S&P Small Cap 600 | | | | | | | | | |
| 975. Custody Acct #2 (Invest Adv Acct 100% Int) | | | | | | | | | |
| 976. -Central York PA Sch 3.0-2015 | C | Interest | M | T | | | | | |
| 977. -SEI STET Tax Free Cl A MM | A | Interest | O | T | | | | | |
| 978. -Keystone PA 4.25-2018 | B | Interest | M | T | Buy | 05/31/12 | M | | |
| 979. -Monroe City PA 2.8-2016 | C | Interest | M | T | | | | | |
| 980. -New York St Twy Auth 3.65-2012 | A | Interest | | | Buy | 03/06/12 | K | | |
| 981. -New York St Twy Auth 3.65-2012 | | | | | Matured | 04/01/12 | K | | |
| 982. -Norristown PA SD 4.1-2016 | C | Interest | M | T | | | | | |
| 983. -PA State 5.0 - 2013 | C | Interest | M | T | | | | | |
| 984. -PA State 5.0 - 2023 | B | Interest | M | T | | | | | |
| 985. -Red Lion PA Sch Dist 3.0-2013 | B | Interest | M | T | | | | | |
| 986. -Ltd Partnerships -- | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. -J&S Realty Assocs, Markham, Ontario CN, Real Estate | A | Distribution | K | W | | | | | |
| 988. -Agilent Tech Inc | A | Dividend | M | T | | | | | |
| 989. -Aqua America Inc | B | Dividend | M | T | | | | | |
| 990. -Auto Data Proc | C | Dividend | M | T | | | | | |
| 991. -BJW Inc (S Corporation), Alexandria,VA | | None | K | U | | | | | |
| 992. -Bemis Co | B | Dividend | | | Sold | 08/06/12 | L | | |
| 993. -City Nat'l Corp | A | Dividend | | | Sold | 03/22/12 | M | | |
| 994. -Conocophillips | B | Dividend | M | T | Buy | 03/22/12 | M | | |
| 995. -Conocophillips (Spinoff of Phillips 66) | | | | | | 05/01/12 | | | |
| 996. -Corning Inc | A | Dividend | | | Sold | 08/06/12 | L | | |
| 997. -Frontier Communications Corp | D | Dividend | M | T | Buy (add'l) | 03/22/12 | K | | |
| 998. -Great Plains Energy Inc | B | Dividend | | | Sold | 03/22/12 | M | | |
| 999. -Hewlett-Packard Co | D | Dividend | M | T | Sold (part) | 03/22/12 | M | G | |
| 1000. -IBM | B | Dividend | M | T | Buy | 03/22/12 | M | | |
| 1001. -Ishares MSCI Emerging Mkts Index | B | Dividend | | | Sold | 08/06/12 | M | | |
| 1002. -Ishares MSCI Pacific Ex JPN | C | Dividend | M | T | | | | | |
| 1003. -Johnson & Johnson | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. -J P Morgan Chase & Co | C | Dividend | | | Sold | 08/06/12 | M | | |
| 1005. -Kimberly Clark Corp | D | Dividend | N | T | | | | | |
| 1006. -Lilly (Eli) & Co | D | Dividend | N | T | | | | | |
| 1007. -Merck & Co | E | Dividend | O | T | | | | | |
| 1008. -Monsanto Co New | B | Dividend | | | Sold | 08/06/12 | M | E | |
| 1009. -Pepsico Inc | D | Dividend | M | T | | | | | |
| 1010. -Phillips 66 (Spinoff From Conocophillips) | A | Dividend | | | Spinoff (from line 995) | 05/01/12 | K | | |
| 1011. -Phillips 66 | | | | | Sold | 08/06/12 | K | C | |
| 1012. -Procter & Gamble | E | Dividend | O | T | Sold (part) | 03/22/12 | L | F | |
| 1013. -Procter & Gamble | | | | | Sold (part) | 08/06/12 | L | F | |
| 1014. -Royal Dutch - ADR A | D | Dividend | M | T | | | | | |
| 1015. -Schlumberger Ltd | B | Dividend | M | T | | | | | |
| 1016. -Smucker J M Co | C | Dividend | M | T | | | | | |
| 1017. -3M Co | D | Dividend | N | T | | | | | |
| 1018. -Tortoise Energy Infrastructure | C | Dividend | M | T | Buy | 03/22/12 | M | | |
| 1019. -United Tech Corp | B | Dividend | | | Sold | 08/06/12 | M | D | |
| 1020. -Verizon Communications | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. -Waste Mgmt Inc | C | Dividend | M | T | Buy | 03/22/12 | M | | |
| 1022. Agency Acct #1 | | | | | | | | | |
| 1023. -Hillman-Burgettstown Mineral Acct (2.6% Income In- | | None | J | U | Coal Royalty | | | | |
| 1024. Broker A/C #1 (100% Interest) | | | | | | | | | |
| 1025. -Bank of Baroda - NY 0.45-2012 | | None | M | T | | | | | |
| 1026. -Bank of China - NY 0.35-2013 | | None | M | T | Buy | 02/22/12 | M | | |
| 1027. -Compass Bank-AL 0.3-2012 | A | Interest | | | Matured | 07/27/12 | M | | |
| 1028. -Doral Bank CD-0.5-2013 | | None | M | T | Buy | 07/24/12 | M | | |
| 1029. -GE Capital Financial Inc-UT 0.50-2013 | A | Interest | M | T | | | | | |
| 1030. -GE Money Bank-UT 0.35-2012 | A | Interest | | | Matured | 02/27/12 | M | | |
| 1031. -Goldman Sachs Bank-USA-NY 0.45-2012 | B | Interest | | | Matured | 08/31/12 | M | | |
| 1032. -St Bk of India-NY 0.5-2013 | | None | M | T | Buy | 08/27/12 | M | | |
| 1033. -Abbott Laboratories | C | Dividend | M | T | | | | | |
| 1034. -Allergan Inc | A | Dividend | M | T | | | | | |
| 1035. -Alliance Bernstein Int'l | | None | L | T | | | | | |
| 1036. -Allscripts Healthcare | | None | K | T | | | | | |
| 1037. -Amazon Com Inc | | None | | | Sold | 02/16/12 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. -Amgen Inc | B | Dividend | M | T | | | | | |
| 1039. -Ancestry.Com Inc | | None | | | Sold | 07/26/12 | L | | |
| 1040. -Apple Inc | A | Dividend | M | T | Buy | 07/17/12 | L | | |
| 1041. -Applied Microcircuits Corp | | None | | | Sold | 07/26/12 | J | | |
| 1042. -Baidu Inc | | None | L | T | | | | | |
| 1043. -Baker Hughes Inc | A | Dividend | L | T | | | | | |
| 1044. -Bank of America Corp | A | Dividend | L | T | | | | | |
| 1045. -Bristol Myers Squibb Co | B | Dividend | L | T | | | | | |
| 1046. -Carefusion Corp | | None | L | T | | | | | |
| 1047. -CDN Pacific RY Ltd | | None | L | T | Buy | 09/27/12 | L | | |
| 1048. -China Fund Inc | | None | | | Sold | 07/25/12 | L | | |
| 1049. -China Mobile Ltd | B | Dividend | M | T | | | | | |
| 1050. -Coach Inc | B | Dividend | M | T | | | | | |
| 1051. -Coca Cola Co | B | Dividend | M | T | | | | | |
| 1052. -Comcast Corp Cl A | A | Dividend | L | T | | | | | |
| 1053. -Comcast Corp Cl A - Spl | B | Dividend | M | T | | | | | |
| 1054. -Corning Inc | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. -CVS Caremark Corp | B | Dividend | M | T | | | | | |
| 1056. -Cypress Semiconductor Corp Del | A | Dividend | | | Sold | 08/03/12 | K | E | |
| 1057. -De Master Blenders (Spinoff From Sara Lee Corp) | | None | | | Spinoff (from line 1081) | 06/29/12 | K | | |
| 1058. -De Master Blenders | | | | | Sold | 07/17/12 | K | | |
| 1059. -Dendreon Corp | | None | J | T | | | | | |
| 1060. -Dow Chemical | A | Dividend | K | T | | | | | |
| 1061. -D R Horton Inc | A | Dividend | M | T | Buy | 01/18/12 | L | | |
| 1062. -E I duPont deNemours | C | Dividend | M | T | | | | | |
| 1063. -Emerson Electric | A | Dividend | K | T | | | | | |
| 1064. -Express Scripts Inc | | None | | | Buy | 03/26/12 | L | | |
| 1065. -Express Scripts (Merged W/ Express Scripts Holding Co) | | | | | Merged (with line 1066) | 04/03/12 | | | |
| 1066. -Express Scripts Holding Co (Merged w/ Express Scripts Inc) | | None | M | T | | 04/03/12 | L | | |
| 1067. -Exxon Mobil Corp | D | Dividend | O | T | | | | | |
| 1068. -Family Dollar Stores | B | Dividend | M | T | | | | | |
| 1069. -FEI Co | A | Dividend | L | T | Sold (part) | 01/25/12 | L | E | |
| 1070. -Flextronics Int'l Ltd USD | | None | K | T | | | | | |
| 1071. -Ford Motor Co | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. Gamestop Corp New CLA | B | Dividend | L | T | | | | | |
| 1073. -General Electric Co | D | Dividend | N | T | | | | | |
| 1074. -General Mills Inc | B | Dividend | L | T | | | | | |
| 1075. -Glaxo Smithkline | B | Dividend | K | T | | | | | |
| 1076. -Google Inc | | None | M | T | | | | | |
| 1077. -GT Advanced Technologies Inc | | None | L | T | Buy | 04/17/12 | L | | |
| 1078. -Guggenheim Solar ETF | | None | K | T | | | | | |
| 1079. -Hanesbrands Inc | | None | L | T | | | | | |
| 1080. -H J Heinz Co | B | Dividend | L | T | | | | | |
| 1081. -Hillshire Brands Co (Formerly Known As Sara Lee) | D | Dividend | | | Sold | 07/17/12 | J | D | |
| 1082. -Hologic Inc | | None | L | T | | | | | |
| 1083. -Home Depot Inc | C | Dividend | M | T | | | | | |
| 1084. -Hospira Inc | | None | K | T | | | | | |
| 1085. -Intel Corp | C | Dividend | L | T | | | | | |
| 1086. -Ishares MSCI Brazil Index Fund | B | Dividend | | | Sold | 07/27/12 | L | | |
| 1087. -JP Morgan Chase & CO | B | Dividend | | | Sold | 07/26/12 | L | | |
| 1088. -Johnson & Johnson | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. -Kimberly Clark Corp | C | Dividend | M | T | | | | | |
| 1090. -Macy's Inc | A | Dividend | K | T | | | | | |
| 1091. -Mastercard Inc | A | Dividend | L | T | Sold (part) | 03/22/12 | L | E | |
| 1092. -Mela Sciences Inc | | None | | | Sold | 07/26/12 | J | | |
| 1093. -Merck & Co Inc | B | Dividend | L | T | | | | | |
| 1094. -Microsoft Corp | B | Dividend | L | T | | | | | |
| 1095. -Morgan Stanley Frontier Emerging Mkts Fund Inc | B | Dividend | L | T | | | | | |
| 1096. -Nextera Energy Inc | B | Dividend | L | T | | | | | |
| 1097. -Nutri/Systems Inc (X) | A | Dividend | | | Sold | 07/26/12 | K | | |
| 1098. -Pepsico Inc | D | Dividend | M | T | | | | | |
| 1099. -Pfizer Inc | D | Dividend | M | T | | | | | |
| 1100. -Post Holdings Inc (Spinoff From Ralcorp Hldgs Inc New) | | None | K | T | Spinoff (from line 1102) | 02/06/12 | J | | |
| 1101. -Procter & Gamble Co | B | Dividend | L | T | | | | | |
| 1102. -Ralcorp Hldgs Inc New (Spinoff of Post Holdings Inc) | | None | L | T | | 02/06/12 | | | |
| 1103. -Rochester Med Grp | | None | K | T | | | | | |
| 1104. -Royal Bk Scotland Group | C | Dividend | L | T | Buy | 05/08/12 | L | | |
| 1105. -Royal Dutch Shell | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. -Sally Beauty Hldgs Inc | | None | L | T | | | | | |
| 1107. -Sanofi-Synthelabo | C | Dividend | M | T | | | | | |
| 1108. -SBA Communications Corp | | None | M | T | | | | | |
| 1109. -Schlumberger Ltd | A | Dividend | L | T | | | | | |
| 1110. -Smucker J M Co New | B | Dividend | M | T | | | | | |
| 1111. -Sociedad Quimica Minera De Chile | A | Dividend | M | T | | | | | |
| 1112. -Stryker Corp. | A | Dividend | L | T | | | | | |
| 1113. -Suncor Energy | A | Dividend | L | T | | | | | |
| 1114. -Teco Energy, Inc | B | Dividend | L | T | | | | | |
| 1115. -Templeton Frontier Mkts | | None | M | T | | | | | |
| 1116. -Teva Pharmaceutical | A | Dividend | L | T | | | | | |
| 1117. -3M Co | C | Dividend | M | T | | | | | |
| 1118. -Unilever NV New York Shs New | B | Dividend | M | T | | | | | |
| 1119. -Verizon | C | Dividend | M | T | | | | | |
| 1120. -Wal-Mart Stores Inc | B | Dividend | L | T | | | | | |
| 1121. -Watts Wtr Technologies Inc | A | Dividend | L | T | | | | | |
| 1122. -Wynn Resorts Ltd | B | Dividend | L | T | Buy | 01/25/12 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1123. -Zimmer Holdings Inc | A | Dividend | L | T | | | | | |
| 1124. -Templeton Developing Mkts | A | Dividend | M | T | | | | | |
| 1125. -India Fund Inc | | None | | | Sold | 07/24/12 | M | | |
| 1126. -Templeton Russia E Europe Fd Inc | | None | | | Sold | 07/24/12 | L | | |
| 1127. -Morgan Stanley/Smith Barney (Frmrly Citibank/Smith Barney) | A | Interest | M | T | Mon Mkt Inv | | | | |
| 1128. Agency Acct #2 (100% Interest) | | | | | | | | | |
| 1129. -State Lease 195 (Operated by Gulf Stream Resources,Inc) | | None | | | | | | | |
| 1130. -Rycade Lease Section 28 (operated by Termo Co) | | (No income) | | | | | | | |
| 1131. Note Rec from Ron Bacon* (D/B/A Village Deli) (*default) | | None | J | U | | | | | |
| 1132. Trust #11 (6.25% income interest) | B | Int./Div. | L | T | | | K | C | See Section VIII #1 |
| 1133. -Cisco Systems Inc | | | | | Sold | 05/30/12 | | | |
| 1134. -Dividend Capital Industrial Income Trust | | | | | | | | | |
| 1135. -Eaton Vance Global Macro Absolute Return Fd | | | | | Buy (add'l) | 05/30/12 | | | |
| 1136. -Exxon Mobil Corp | | | | | | | | | |
| 1137. -Ishares TR DJ Select DIV Index ETF | | | | | Buy | 05/30/12 | | | |
| 1138. -Ishares TR Russell 2000 Index Fund | | | | | | | | | |
| 1139. -Johnson & Johnson | | | | | Sold (part) | 05/30/12 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1140. -Pfizer Inc | | | | | | | | | |
| 1141. -PPG Industries Inc | | | | | Sold (part) | 05/30/12 | | | |
| 1142. -Blackrock Global Allocation Fund | | | | | Buy | 01/30/12 | | | |
| 1143. -Blackrock Temp Fund # H1 | | | | | Mon Mkt Inv | | | | |
| 1144. -Harbor Fund Int'l #11 | | | | | Sold (part) | 05/30/12 | | | |
| 1145. -Jennison 20/20 Focus Fd | | | | | Buy (add'l) | 05/30/12 | | | |
| 1146. -Pimco Commodity Real Return Strategy Fund | | | | | Buy | 01/30/12 | | | |
| 1147. -Vanguard REIT ETF | | | | | Buy | 05/30/12 | | | |
| 1148. Trust #12 (6.25% income interest) | D | Int./Div. | N | T | | | J | B | See Section VIII #1 |
| 1149. -Allergan Inc | | | | | | | | | |
| 1150. -Apple Inc | | | | | | | | | |
| 1151. -Blackrock Temp Fund # H1 Money Market | | | | | Buy | 01/31/12 | | | |
| 1152. -Boeing Co | | | | | | | | | |
| 1153. -Bristol Myers Squibb Co | | | | | | | | | |
| 1154. -Caterpillar Inc | | | | | | | | | |
| 1155. -Conocophillips (Spinoff of Phillips 66) | | | | | | 05/01/12 | | | |
| 1156. -Consolidated Edison Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1157. -Dividend Capital Industrial Income Trust | | | | | | | | | |
| 1158. -Eaton Vance Global Macro Absolute Return Fund | | | | | | | | | |
| 1159. -EQT Corp | | | | | | | | | |
| 1160. -Exxon Mobil Corp | | | | | | | | | |
| 1161. -General Electric Co | | | | | | | | | |
| 1162. -Google Inc Cl A | | | | | | | | | |
| 1163. -Hewlett-Packard Co | | | | | | | | | |
| 1164. -Intel Corp | | | | | Sold (part) | 01/06/12 | | | |
| 1165. -Ishares MSCI EAFE Index Fund | | | | | | | | | |
| 1166. -Ishares Tr MSCI Emerging Mkts Index Fund | | | | | | | | | |
| 1167. -Ishares S&P National AMT-Free Muni Bond Fund | | | | | | | | | |
| 1168. -Int'l Business Machines Corp | | | | | | | | | |
| 1169. -Johnson & Johnson | | | | | | | | | |
| 1170. -JPMorgan Chase & Co | | | | | | | | | |
| 1171. -Kimberly-Clark Corp | | | | | | | | | |
| 1172. -McDonalds Corp | | | | | | | | | |
| 1173. -Microsoft Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1174. -Nextera Energy Inc | | | | | | | | | |
| 1175. -Novartis Ag | | | | | | | | | |
| 1176. -Oracle Corp | | | | | | | | | |
| 1177. -Pepsico Inc | | | | | | | | | |
| 1178. -Philip Morris Int'l | | | | | | | | | |
| 1179. -Phillips 66 (Spinoff from Conocophillips) | | | | | Spinoff (from line 1155) | 05/01/12 | | | |
| 1180. -Pimco Commodity Real Return Strategy Fund | | | | | | | | | |
| 1181. -PPG Industries Inc | | | | | Sold (part) | 01/06/12 | | | |
| 1182. -Praxair Inc | | | | | | | | | |
| 1183. -Procter & Gamble Co | | | | | | | | | |
| 1184. -Seadrill Ltd | | | | | | | | | |
| 1185. -Teva Pharmaceutical Inds Ltd ADR | | | | | | | | | |
| 1186. -Unilever NV New York Shs New | | | | | | | | | |
| 1187. -Union Pacific Corp | | | | | | | | | |
| 1188. -United Health Group Inc | | | | | | | | | |
| 1189. -United Technologies Corp | | | | | | | | | |
| 1190. -Verizon | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 1/16/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1191. -Visa Inc | | | | | | | | | |
| 1192. -Waste Management Inc | | | | | | | | | |
| 1193. -Wells Fargo & Company | | | | | | | | | |
| 1194. Fiduciary Positions - - | | | | | | | | | |
| 1195. Trust #13 (No income rec'd) | None | N | T | | | | J | A | See Section VIII #1 |
| 1196. -BNY Mellon MM Fd | | | Mon Mkt Inv | | | | | | |
| 1197. -Asg Global Alternatives Fund-Y | | | | | | | | | |
| 1198. -Dreyfus Diversified Int'l | | | | | Buy (add'l) | 01/03/12 | | | |
| 1199. -Dreyfus Emerging Mkts Debt Local Currency Fund | | | | | | | | | |
| 1200. -Dreyfus Inflation Adjusted Secs Fund | | | | | | | | | |
| 1201. -Dreyfus Opportunistic Small Cap Fund | | | | | | | | | |
| 1202. -Dreyfus Select Mgrs Small/Cap Growth Fund-I | | | | | | | | | |
| 1203. -Dreyfus Select Mgrs Small Cap Value Fund | | | | | Buy (add'l) | 03/29/12 | | | |
| 1204. -Highbridge Dynamic Commodities Strategy Fund-E | | | | | | | | | |
| 1205. -Rydex Managed Futures Strategy Fd-Y | | | | | | | | | |
| 1206. -Tcw Emerging Markets Income Fund-I | | | | | | | | | |
| 1207. -BNY Mellon Emerging Mkts Fd Cl M | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 75 of 86

Name of Person Reporting

Standish, William L.

Date of Report

1/16/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1208. -BNY Mellon Mid Cap Stk Fund | | | | | | | | | |
| 1209. -BNY Mellon Nat'l Inter Muni Bd Fd Cl-M | | | | | | | | | |
| 1210. -BNY Mellon Nat'l ST Muni Bd Fund | | | | | | | | | |
| 1211. -BNY Mellon Small/Mid Cap | | | | | | | | | |
| 1212. -BNY Mellon Tax-Sensitive Large Cap- Multi Strategy Fd Cl-M | | | | | | | | | |
| 1213. -Trust #17 (No Benef Interest) | None | M | T | | | | J | A | See Section VIII # 1 |
| 1214. -BNY Mellon MM Fund Cl M | | | | | Mon Mkt Inv | | | | |
| 1215. -Asg Global Alternatives Fund-Y | | | | | | | | | |
| 1216. -Dreyfus Diversified Intl | | | | | | | | | |
| 1217. -Dreyfus Emerging Mkts Debt Local Currency Fund | | | | | | | | | |
| 1218. -Dreyfus Inflation Adjusted Securities Fund | | | | | | | | | |
| 1219. -Dreyfus Select Managers Small Cap Value Fund | | | | | Buy (add'l) | 03/29/12 | | | |
| 1220. -Highbridge Dynamic Commodities Strategy Fund-E | | | | | | | | | |
| 1221. -Hussman Strategic Growth Fd | | | | | | | | | |
| 1222. -Hussman Strategic Total Ret | | | | | | | | | |
| 1223. -BNY Mellon Mid Cap Stock Fund Cl M | | | | | | | | | |
| 1224. -BNY Mellon Nat'l Inter Muni Bond Fd Cl M | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 76 of 86

**Name of Person Reporting**

Standish, William L.

**Date of Report**

1/16/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1225. -BNY Mellon Natl S/T Muni Bond Fd | | | | | | | | | |
| 1226. -BNY Mellon Tax-Sensitive Large Cap Multi-Strategy Fund Cl M | | | | | | | | | |
| 1227. -Rydex Managed Futures Strategy Fund-Y | | | | | | | | | |
| 1228. -Tcw Emerging Markets Income Fund-I | | | | | | | | | |
| 1229. Trust #19 (No Benef Interest) | None | N | T | | | | M | D | See Section VIII #1 |
| 1230. -BNY Mellon MM Fund Cl M | | | | | Mon Mkt Inv | | | | |
| 1231. -Asg Global Alternatives Fund-Y | | | | | | | | | |
| 1232. -BNY Mellon Corporate Bond Fund | | | | | Buy | 04/19/12 | | | |
| 1233. -BNY Mellon Emerging Mkts Fd Cl M | | | | | Buy (add'l) | 04/23/12 | | | |
| 1234. -BNY Mellon Mid Cap Stock Fund Cl M | | | | | | | | | |
| 1235. -BNY Mellon Natl Inter Muni Bd Fd Cl M | | | | | Sold (part) | 04/19/12 | | | |
| 1236. -BNY Mellon Natl S/T Muni Bd Fd | | | | | | | | | |
| 1237. -BNY Mellon PA Intermediate Muni Bond Fund | | | | | Sold (part) | 04/19/12 | | | |
| 1238. -BNY Mellon Small/Mid Cap Fund-M | | | | | | | | | |
| 1239. -BNY Mellon Tax-Sensitive Large Cap-M | | | | | Sold (part) | 04/19/12 | | | |
| 1240. -Dreyfus Diversified International Fund | | | | | Sold (part) | 04/19/12 | | | |
| 1241. -Dreyfus Inflation Adjusted Securities Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 77 of 86

Name of Person Reporting

Standish, William L.

Date of Report

1/16/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1242. -Dreyfus Opportunistic Small Cap Fund | | | | | Sold (part) | 04/19/12 | | | |
| 1243. -Dreyfus Select Managers S/C Growth Fund | | | | | Buy | 04/23/12 | | | |
| 1244. -Dreyfus Select Managers S/C Value Fund | | | | | Buy (add'l) | 03/29/12 | | | |
| 1245. -Dreyfus Select Managers S/C Value Fund | | | | | Sold (part) | 04/19/12 | | | |
| 1246. -Highbridge Dynamic Commodities Strategy Fund-E | | | | | | | | | |
| 1247. -Ishares MSCI Emerging Mkts Index Fund | | | | | Sold | 04/23/12 | | | |
| 1248. -Rydex Managed Futures Strategy Fd-Y | | | | | Sold (part) | 04/19/12 | | | |
| 1249. -Trust #20 (No Benef Interest) | None | N | T | | | | J | A | See Section VIII #1 |
| 1250. -BNY Mellon MM Fund CL M | | | | | Mon Mkt Inv | | | | |
| 1251. -BNY Mellon Bond Fund-Cl M | | | | | | | | | |
| 1252. -BNY Mellon Emerging Mkts Fd Cl M | | | | | | | | | |
| 1253. -BNY Mellon Intermediate Bond Fd | | | | | | | | | |
| 1254. -BNY Mellon Mid Cap Stock Fd Cl M | | | | | | | | | |
| 1255. -BNY Mellon Muni Opport-M | | | | | | | | | |
| 1256. -BNY Mellon Natl Inter Bond Fd | | | | | | | | | |
| 1257. -BNY Mellon Natl S/T Muni Bond Fd | | | | | | | | | |
| 1258. -BNY Mellon Small/Mid Cap Fund-M | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 78 of 86

Name of Person Reporting

Standish, William L.

Date of Report

1/16/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1259. -BNY Mellon S/T US Gvt Secs Fd Cl-M | | | | | | | | | |
| 1260. -BNY Mellon Tax-Sensitive Large Cap Multi-Strategy Fund | | | | | | | | | |
| 1261. -Dreyfus Diversified Int'l Fund | | | | | | | | | |
| 1262. -Dreyfus Inflation Adjusted Secs Fund | | | | | | | | | |
| 1263. -Dreyfus Opportunistic Small Cap Fund | | | | | | | | | |
| 1264. -Dreyfus Select Mgrs Small Cap Growth Fund | | | | | | | | | |
| 1265. -Dreyfus Select Mgrs Small Cap Value Fund | | | | | Buy (add'l) | 03/29/12 | | | |
| 1266. -Asg Global Alternatives Fund-Y | | | | | | | | | |
| 1267. -Ishares S&P GSCI Commodity-Ind | | | | | | | | | |
| 1268. -Rydex Managed Futures Strategy Fd-Y | | | | | | | | | |
| 1269. -Trust #21 (No Benef Interest) | None | N | T | | | | J | A | See Section VIII #1 |
| 1270. -BNY Mellon MM Fund Cl M | | | | | Mon Mkt Inv | | | | |
| 1271. -BNY Mellon Mid Cap Stock Fund Cl M | | | | | | | | | |
| 1272. -BNY Mellon Natl Inter Muni Bond Fd Cl M | | | | | | | | | |
| 1273. -BNY Mellon Natl S/T Muni Bond Fd | | | | | | | | | |
| 1274. -BNY Mellon Tax-Sensitive Large Cap Multi-Strategy Fund | | | | | | | | | |
| 1275. -Advantage Global Alpha-I | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1276. -Asg Global Alternatives Fund-Y | | | | | | | | | |
| 1277. -Dreyfus Diversified Intl-1 | | | | | | | | | |
| 1278. -Dreyfus Inflation Adjusted Securities Fund | | | | | | | | | |
| 1279. -Dreyfus Select Managers Small Cap Growth Fund | | | | | | | | | |
| 1280. -Dreyfus Select Managers Small Cap Value Fund | | | | | Buy (add'l) | 03/29/12 | | | |
| 1281. -Highbridge Dynamic Commodities Strategy Fund-E | | | | | | | | | |
| 1282. -Hussman Strategic Growth Fund | | | | | | | | | |
| 1283. -Hussman Strategic Total Ret Fund | | | | | | | | | |
| 1284. -Rydex Managed Futures Strategy Fund-Y | | | | | | | | | |
| 1285. -Trust #22 (No Benef Interest) | None | P1 | T | | | | M | E | See Section VIII #1 |
| 1286. -Blackrock PA Muni Inst. Shares # | | | | | Mon Mkt Inv | | | | |
| 1287. -AT&T Inc | | | | | | | | | |
| 1288. -BHP Billiton Ltd | | | | | | | | | |
| 1289. -Barrick Gold Corp | | | | | | | | | |
| 1290. -Chevron Corp | | | | | | | | | |
| 1291. -Chubb Corp | | | | | | | | | |
| 1292. -Diageo PLC | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1293. -EMC Corp | | | | | Buy | 06/15/12 | | | |
| 1294. -Emerson Electric Co | | | | | | | | | |
| 1295. -Express Scripts Hldg Co (Merged w/ Medco Health Solutions) | | | | | | 04/03/12 | | | |
| 1296. -Express Scripts Hldg Co | | | | | Sold (part) | 04/09/12 | | | |
| 1297. -Hewlett Packard | | | | | | | | | |
| 1298. -Intel Corp | | | | | Buy | 06/15/12 | | | |
| 1299. -Medco Hlth Solutions Inc (Merged w Express Scripts Hldg Co) | | | | | Merged (with line 1295) | 04/03/12 | | | |
| 1300. -Merck & Co | | | | | | | | | |
| 1301. -National Grid PLC | | | | | | | | | |
| 1302. -Nike Inc | | | | | | | | | |
| 1303. -Pepsico Inc | | | | | | | | | |
| 1304. -Procter & Gamble Co | | | | | Sold (part) | 06/15/12 | | | |
| 1305. -Schlumberger Ltd | | | | | Buy | 06/15/12 | | | |
| 1306. -JM Smucker Co/The New Com W/I | | | | | | | | | |
| 1307. -Stericycle Inc | | | | | | | | | |
| 1308. -3M Company | | | | | | | | | |
| 1309. -Unilever NV New York Shares | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1310. -Vanguard Emerging Mkts | | | | | | | | | |
| 1311. -Vanguard FTSE All World Ex-US Index Fund | | | | | Buy | 06/15/12 | | | |
| 1312. -Trust #23 (No Benef Interest) | None | | O | T | | | M | E | See Section VIII #1 |
| 1313. -Blackrock PA MM Inst Shares # | | | | | Mon Mkt Inv | | | | |
| 1314. -AT&T | | | | | | | | | |
| 1315. -Barrick Gold Corp | | | | | | | | | |
| 1316. -Chevron Corp | | | | | | | | | |
| 1317. -Chubb Corp | | | | | | | | | |
| 1318. -Cincinnati Fin Group | | | | | | | | | |
| 1319. -Diageo PLC | | | | | Buy | 06/15/12 | | | |
| 1320. -Dominion Res Inc VA | | | | | | | | | |
| 1321. -EMC Corp | | | | | Buy | 06/15/12 | | | |
| 1322. -Emerson Electric Co | | | | | | | | | |
| 1323. -Express Scripts Hldg Co (Merged w/ Medco Health Solutions) | | | | | | 04/03/12 | | | |
| 1324. -Express Scripts Hldg Co | | | | | Sold (part) | 04/09/12 | | | |
| 1325. -Freeport McMoran Copper & Gold | | | | | | | | | |
| 1326. -Hewlett-Packard Co | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1327. -Intel Corp | | | | | | | | | |
| 1328. -Medco Hlth Solutions Inc (Merged w Express Scripts Hldg Co) | | | | | Merged (with line 1323) | 04/03/12 | | | |
| 1329. -Merck & Co Inc | | | | | | | | | |
| 1330. -National Oilwell Varco Inc | | | | | Buy | 06/15/12 | | | |
| 1331. -Nike Inc | | | | | | | | | |
| 1332. -Pepsico Inc | | | | | | | | | |
| 1333. -Praxair Inc | | | | | | | | | |
| 1334. -Procter & Gamble Co | | | | | Sold (part) | 06/15/12 | | | |
| 1335. -JM Smucker Co/The new Com W/I | | | | | | | | | |
| 1336. -3 M Co | | | | | | | | | |
| 1337. -Centerville Osterville & Marsto Muni 3.250-2015 | | | | | | | | | |
| 1338. -Seekonk Mass 3.625-2018 | | | | | | | | | |
| 1339. -United Technologies Corp. | | | | | | | | | |
| 1340. -Vanguard FTSE All World Ex-US Index Fund | | | | | Buy | 06/15/12 | | | |
| 1341. -Trust #24 (No Benef Interest) | None | P1 | T | | | | M | E | See Section VIII #1 |
| 1342. -Blackrock PA Muni MM Inst Shares # | | | | | Mon Mkt Inv | | | | |
| 1343. -AT&T | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1344. -Barrick Gold Corp | | | | | | | | | |
| 1345. -Chevron Corp | | | | | | | | | |
| 1346. -Chubb Corp | | | | | | | | | |
| 1347. -Conagra Foods Inc | | | | | Sold | 06/15/12 | | | |
| 1348. -EMC Corp | | | | | Buy | 06/15/12 | | | |
| 1349. -Emerson Electric Co | | | | | | | | | |
| 1350. -Express Scripts Hldg Co (Mergd W Medco Hlth Solutions Inc) | | | | | | 04/03/12 | | | |
| 1351. -Express Scripts Hldg Co | | | | | Sold (part) | 04/09/12 | | | |
| 1352. -Hewlett-Packard Co | | | | | | | | | |
| 1353. -Intel Corp | | | | | Buy | 06/15/12 | | | |
| 1354. -Medco Hlth Solutions Inc (Mergd W Express Scripts Hldg Co) | | | | | Merged (with line 1350) | 04/03/12 | | | |
| 1355. -Merck & Co | | | | | | | | | |
| 1356. -National Oilwell Varco Inc | | | | | Buy | 06/15/12 | | | |
| 1357. -Nike Inc | | | | | | | | | |
| 1358. -Pepsico Inc | | | | | | | | | |
| 1359. -Procter & Gamble Co | | | | | Sold (part) | 06/15/12 | | | |
| 1360. -JM Smucker Co/The New Com W/I | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1361. -3M Co | | | | | | | | | |
| 1362. -United Technologies Corp | | | | | Buy | 06/15/12 | | | |
| 1363. -Vanguard Emerging Mkts | | | | | | | | | |
| 1364. -Vanguard FTSE All World Ex-US Index Fund | | | | | Buy | 06/15/12 | | | |
| 1365. Bkr A/C # 2 (100% Interest) | | | | | | | | | Opened New Account |
| 1366. -Merrill Lynch Bank Deposit Program | A | Interest | P1 | T | Open | 02/01/12 | K | | |
| 1367. -Doubleline Total Return Bond Fd | | None | N | T | Buy | 09/28/12 | N | | |
| 1368. -Dreyfus Short Intermed Muni Bd Fd | | None | N | T | Buy | 09/28/12 | N | | |
| 1369. -iShares Barclays MBS Bon | A | Dividend | J | T | Buy | 05/11/12 | J | | |
| 1370. -iShares iBoxx | A | Dividend | J | T | Buy | 05/11/12 | J | | |
| 1371. -Lord Abbett Intermediate Tax Free Fd | | None | M | T | Buy | 09/28/12 | M | | |
| 1372. -Sector SPDR Energy | A | Dividend | J | T | Buy | 05/11/12 | J | | |
| 1373. -Vanguard Value ETF | A | Dividend | J | T | Buy | 05/11/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1) Information (in the transaction) omitted from Column (D)3 in accordance with the Committee's letters of February 1, 1999 and November 5, 2003.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William L. Standish**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544